Certificate Number: 16339-PAE-DE-038523590

Bankruptcy Case Number: 17-13179



16339-PAE-DE-038523590

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 29, 2024, at 10:25 o'clock PM EDT, Michelle Smialowski completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 29, 2024

By:  /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor