**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>   **CHRISTOPHER R SMIALOWSKI**<br>   **MICHELLE SMIALOWSKI**<br><br>                 **Debtors** | Chapter 13<br><br>Case No.17-13179-AMC |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

                                                                                      Respectfully submitted,

Date: June 28, 2024          By:   */s/ Kenneth E. West*
                                                      Kenneth E. West, Esquire, Chapter 13 Trustee
                                                      P.O. Box 40837
                                                      Philadelphia, PA  19107
                                                      (215) 627-1377 (Phone)