United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13179-amc |
| Christopher R Smialowski | Chapter 13 |
| Michelle Smialowski | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 28, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher R Smialowski, Michelle Smialowski, 3013 Belgrade Street, Philadelphia, PA 19134-4950 |
| 13917438 | + | Aes/m&t Elt - Pheaa, Pob 2461, Harrisburg, PA 17105-2461 |
| 13917453 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13913825 | + | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 29 2024 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 29 2024 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13917439 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 29 2024 00:48:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13917440 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 29 2024 00:48:00 | Beneficial, P.O. Box 5233, Carol Stream, IL 60197-5233 |
| 13954797 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jun 29 2024 00:48:00 | Beneficial Consumer Discount Company (See 410), c/o HSBC Mortgage Services, Inc., P.O. Box 21188, Eagan, Minnesota 55121-0188 |
| 13917444 | | Email/Text: megan.harper@phila.gov | Jun 29 2024 00:48:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 14002928 | | Email/Text: megan.harper@phila.gov | Jun 29 2024 00:48:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13917445 | | Email/Text: megan.harper@phila.gov | Jun 29 2024 00:48:00 | City of Philadelphia Law Dept., Real Estate Taxes, 1515 Arch Street 15th Floor, Philadelphia, PA 19102 |
| 13916209 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2024 00:57:22 | Capital 1 Bank, Attn: Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13916210 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2024 00:57:13 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13917441 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 29 2024 00:56:41 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 13915794 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2024 00:57:52 | Capital One Auto Finance,, a division of Capital One, N.A., Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |

Case 17-13179-amc    Doc 106    Filed 06/30/24    Entered 07/01/24 00:37:25    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 13934076 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 29 2024 01:31:12 | Capital One Auto Finance, c/o AIS Portfolio, Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13917442 | + | Email/Text: ecf@ccpclaw.com | Jun 29 2024 00:48:00 | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13917443 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 29 2024 00:57:13 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, S Louis, MO 63179-0040 |
| 13917446 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 29 2024 00:48:00 | Comenity Bank/Kings Sizes, PO Box 182125, Columbus, OH 43218-2125 |
| 13917447 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 29 2024 00:56:40 | Credit One Bank Na, PO Box 98873, Las Vegas, NV 89193-8873 |
| 13916862 | | Email/Text: mrdiscen@discover.com | Jun 29 2024 00:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13916220 | + | Email/Text: mrdiscen@discover.com | Jun 29 2024 00:48:00 | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |
| 13932832 | | Email/Text: ECMCBKNotices@ecmc.org | Jun 29 2024 00:48:00 | ECMC, PO BOX 16408, St Paul, MN 55116-0408 |
| 13917449 | | Email/Text: bankruptcycourts@equifax.com | Jun 29 2024 00:48:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 13917450 | ^ | MEBN | Jun 29 2024 00:16:06 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13917451 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 29 2024 00:48:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13999352 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jun 29 2024 00:49:00 | LSF10 Master Participation Trust, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 13981437 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 29 2024 00:57:52 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13975900 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2024 00:48:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13917452 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 29 2024 00:48:00 | Midland Funding, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 13917454 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2024 00:56:41 | Portfolio Recovery, PO box 41067, Norfolk, VA 23541 |
| 13982054 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 29 2024 00:56:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13978590 | | Email/Text: bnc-quantum@quantum3group.com | Jun 29 2024 00:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13913825 | ^ | MEBN | Jun 29 2024 00:16:16 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13916237 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 29 2024 00:57:50 | Synchrony Bank/Care Credit, PO Box 965064, Orlando, FL 32896-5064 |
| 13917455 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 29 2024 00:57:58 | Synchrony Bank/QVC, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 13917457 | | Email/Text: DASPUBREC@transunion.com | Jun 29 2024 00:48:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 13917456 | + | Email/Text: bncmail@w-legal.com | Jun 29 2024 00:48:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 14599006 | ^ | MEBN | Jun 29 2024 00:16:11 | U.S. Bank Trust National Association, not in its i, PO Box 814609, Dallas, TX 75381-4609 |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| 14773104 | ^ | MEBN | Jun 29 2024 00:16:18 | US Bank Trust National Association, C/O Steven K. Eisenberg, 1581 Main Street. Ste 200, The Shops at Valley Quare, Warrington, PA 18976-3403 |
| 13955535 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2024 00:57:16 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 13917458 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 29 2024 01:52:15 | Wells Fargo Bank, Attn: Bankruptcy, PO Box 94435, Albuquerque, NM 87199-4435 |
| 13917436 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 29 2024 00:57:58 | Wells Fargo Bank, N.A., PO Box 10438, Des Monies, IA 50306-0438 |
| 13916242 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 29 2024 00:57:56 | Wells Fargo Card Ser, 1 Home Campus, 3rd Floor, Des Moines, IA 50328-0001 |
| 13917459 | | Email/Text: eforbes@ph13trustee.com | Jun 29 2024 00:48:00 | William C. Miller, Esquire, Chapter 13 Trustee, P.O. Box 40119, Philadelphia, PA 19106-0119 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13917448 | *+ | Discover Financial, PO Box 3025, New Albany, OH 43054-3025 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2024 at the address(es) listed below:

**Name**  **Email Address**

DANIEL P. JONES
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

MICHAEL A. CIBIK
on behalf of Joint Debtor Michelle Smialowski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL A. CIBIK
on behalf of Debtor Christopher R Smialowski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 28, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

MICHAEL I. ASSAD
    on behalf of Debtor Christopher R Smialowski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL I. ASSAD
    on behalf of Joint Debtor Michelle Smialowski help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

MICHAEL JOHN CLARK
    on behalf of Creditor LSF10 Master Participation Trust mclark@squirelaw.com

REGINA COHEN
    on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com

STEVEN K. EISENBERG
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*Form 138OBJ* (6/24)−doc 105 − 103

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>  Christopher R Smialowski  )<br>)<br>)<br>  Michelle Smialowski  )<br>)<br>  Debtor(s).  ) | Case No. 17−13179−amc<br><br>Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 28, 2024

For The Court

Timothy B. McGrath
Clerk of Court